**841 HARMON ET AL. vs. CIRCUIT JUDGE (Wayne), No. 11961½.**

To compel respondent to vacate an injunction.

Order to show cause denied May 12, 1891.

An injunction bill was filed against the People's Savings Bank of Detroit, and relator and others, residents of Windsor, Ont., to enjoin the bank from paying, and the other defendants from assigning or collecting a certain check, held by certain of the defendants and drawn upon the bank. A preliminary injunction was issued. Notice of the issuance of the injunction was served personally upon the Windsor parties, and the order for their appearance in the suit was published.

**842 BUETTNER vs. CIRCUIT JUDGE (Wayne), No. 14122, 100 M., 179.**

To compel respondent to dissolve an injunction, restraining a pastor from admitting or pretending to admit to membership any person without the consent of a majority of the church council, and from voting or offering or advising any person to vote at any meeting of said church, who did not sign the articles of association, or who was not admitted by a majority of said church council.

Granted May 4, 1894, without costs.

Held, that the statute does not determine the qualifications of church members, or the mode of their admission, and that those questions are purely of ecclesiastical cognizance.

**843 CLINTON PLOW CO. vs. CIRCUIT JUDGE (Lenawee), No. 14836½.**

To dissolve an injunction restraining the prosecution of relator's business on a bill filed charging the use of a company name, which it was claimed had been in use by complainant, the answer denying the allegations as to the use by complainant of the name.

Order to show cause denied April 16, 1895.